IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FELISHIA PERRY, YVETTE GARREAU, and MICHELLE GALLES, | ) ) ) |
| Plaintiffs, | ) ) No. 3:19-cv-01012 |
| v. | ) ) Judge Campbell ) Magistrate Judge Frensley |
| ETTAIN GROUP, INC., | ) ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Felishia Perry, Yvette Garreau, and Michelle Galles, and Defendant ettain group, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with all parties bearing their and its own fees and costs. This will conclude this case.

This the 16th day of November 2020.

WE SO STIPULATE:

| R. SCOTT JACKSON JR., | KLEIN SOLOMON MILLS, PLLC |
| ATTORNEY AT LAW | |
| | |
| /s/ R. Scott Jackson, Jr. | /s/ Ryan P. Loofbourrow |
| (w/ permission by RPL) | Kevin C. Klein (#23301) |
| R. Scott Jackson, Jr. | Ryan P. Loofbourrow (#33414) |
| 4525 Harding Road, Ste. 200 | 1322 4th Avenue North |
| Nashville, TN 37205 | Nashville, TN 37208 |
| 615-313-8188 | 615-600-4780 |
| rsjackson@rsjacksonlaw.com | kevin.klein@kleinpllc.com |
| | ryan.loofbourrow@kleinpllc.com |
| | |
| *Counsel for Plaintiffs* | and |
| | |
| | Meredith A. Pinson (*admitted pro hac vice*) |
| | McGuireWoods LLP |
| | 201 North Tyron Street, Suite 3000 |
| | Charlotte, North Carolina 28202 |
| | Telephone: (704) 343-2000 |
| | Facsimile: (704) 343-2300 |
| | mpinson@mcguirewoods.com |
| | |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system, which will automatically send an email notification to all counsel of record for Plaintiffs at the below addresses:

>R. Scott Jackson, Jr.
>4525 Harding Road
>Suite 200
>Nashville, TN 37205
>rsjackson@rsjacksonlaw.com
>(615) 313-8188
>(615) 313-8702 (facsimile)

Dated this 16th day of November 2020.

>/s/ Ryan P. Loofbourrow
>Ryan P. Loofbourrow