# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **FELISHIA PERRY, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**ETTAIN GROUP, INC.,** )<br>)<br>**Defendant.** ) | <br><br><br><br>**NO. 3:19-cv-01012**<br><br>**JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE FRENSLEY**<br> |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 25), indicating all claims in this case have been resolved, and this case should be dismissed. Accordingly, this case is **DISMISSED,** with prejudice. The trial scheduled for May 4, 2021, and the pretrial conference scheduled for April 26, 2021, are cancelled. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE